UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MENDEL REIZES
on behalf of himself and
all other similarly situated consumers,

                              Plaintiff,

-against-

ROSICKI, ROSICKI & ASSOCIATES, P.C.,
UWAYNE A. MITCHELL, ESQ. and
MEGAN SUTTELL, ESQ.,

                              Defendants.
---------------------------------------------------------------X

Case No. 1:18-CV-01567-SJ-RER

**STATEMENT NOTING A PARTY'S DEATH**

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, defendants, Rosicki, Rosicki & Associates, P.C. and Uwayne A. Mitchell, Esq., by their attorneys, Rivkin Radler LLP, note the death during the pendency of this action of Megan Suttell, Esq., a defendant in this action.

DATED: Uniondale, New York
             October 18, 2018

                              Yours, etc.,

                              RIVKIN RADLER LLP
                              Attorneys for Defendants

               By:   /s/ Carol A. Lastorino
                     CAROL A. LASTORINO, ESQ.
                     926 RXR Plaza
                     Uniondale, New York 11556-0926
                     (516) 357-3000
                     File No.: 6040-23

TO:   ADAM J. FISHBEIN, P.C.
        Attorney for Plaintiff
        735 Central Avenue
        Woodmere, NY 11598
        516-668-6945

4121983 v1