UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MENDEL REIZES, on behalf of himself and all other
similarly situated consumers,

Plaintiff,

-against-

ROSICKI, ROSICKI & ASSOCIATES, P.C., UWAYNE
A. MITCHELL, ESQ. AND MEGAN SUTTELL, ESQ.,

Defendants.

18-CV-01567-SJ-RER

**STIPULATION OF
DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiff and Defendants in the above-entitled action, that the above-captioned action is hereby discontinued, and all claims asserted therein by Plaintiff against Defendants are hereby dismissed with prejudice, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own fees and costs.

Dated: June 4, 2021

**ADAM J. FISHBEIN, P.C.**
Attorneys for Plaintiff

By: _____
Adam Fishbein, Esq.
735 Central Avenue
Woodmere, NY 11598
(516) 668-6945
fishbeinadamj@gmail.com

**RIVKIN RADLER LLP**
Attorneys for Defendants

By: _____
Carol A. Lastorino, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000
carol.lastorino@rivkin.com

**SO-ORDERED:**

signed July 19, 2021, Sterling Johnson, Jr., U.S.D.J.

_____
**JUDGE STERLING JOHNSON, JR.**

5303279.v1